# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128308-9

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 128308
                                   COA: 236360
                                   Wayne CC: 99-003988-01

CHRISTINE JACKSON,
          Defendant-Appellant.
_____/

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

                                     SC: 128309
                                   COA: 236361
                                   Wayne CC: 99-003987-01

CHRISTINE JACKSON,
          Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the December 16, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

Clerk

d0919